**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 98-2633**

---

FLOYD RANDOLPH GRANGER, III; MICHAEL GERARD
GRANGER,

Plaintiffs - Appellants,

versus

UNITED STATES DEPARTMENT OF AGRICULTURE;
HAROLD F. ZORNIG,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  G. Ross Anderson, Jr., District
Judge.  (CA-98-171-6-13AK)

---

Submitted:  April 15, 1999          Decided:  April 21, 1999

---

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Floyd Randolph Granger, III, Michael Gerard Granger, Appellants Pro
Se.  James D. McCoy, III, OFFICE OF THE UNITED STATES ATTORNEY,
Greenville, South Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellants appeal the district court's order dismissing their civil action. We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>Granger v. United States Dep't of Agric.</u>, No. CA-98-171-6-13AK (D.S.C. Oct. 15, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>